**Ronald G. DANDAR, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation and Parole, Appellee**

**No. 19 WAP 2016**

Supreme Court of Pennsylvania.

November 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of November, 2017, the Order of the Commonwealth Court is hereby **AFFIRMED.**

The "Motion to Modify and Correct Illegal Sentence Nunc Pro Tunc" is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Troy WALKER, Petitioner**

**No. 504 MAL 2017**

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David CRESPO, Petitioner**

**No. 364 MAL 2017**

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED.**